SCANNED

DMMT

| | | |
|---|---|---|
| Ronald Shamley, <br> 4007 Beachcraft Court <br> Temple Hills, Maryland 20748 | * | IN THE |
| | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | Prince George's County |
| McDonalds Corporation, <br> 8301 Baltimore Avenue <br> College Park, Maryland 20740 | * | Case No.: CAL20-18356 |
| and | * | |
| International Golden Food, LLC, <br> 8996 Fern Park Drive <br> Burke, Virginia 22015 | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

Plaintiff, Ronald Shamley, by and through his attorneys, Seigel and Rouhana, LLC and Paul N. Rouhana, files this action against the Defendants, McDonalds Corporation and International Golden Food, LLC, for that:

1. On or about January 28, 2018, the Plaintiff, Ronald Shamley, was lawfully operating her motor vehicle on the premises of McDonalds Corporation at 8301 Baltimore Avenue, College Parke, State of Maryland.

2. On that date and at that location, the Plaintiff, was arriving at the location to purchase breakfast when traveling through the parking lot he drove into an unmarked pothole.

3. As a direct and proximate result of the poor conditions of the parking lot and driving area on the property of the Defendant, as aforesaid, the Plaintiff was caused to suffer and sustain serious, painful, and permanent injury about the thoracic muscles.

4. The Plaintiff was rendered sick, sore, and disabled.

5. The Plaintiff has incurred and will incur hospital, medical, and other expenses.

6. The Plaintiff has and will suffer physical and emotional pain and suffering.

7. The Plaintiff has lost and will lose time from her gainful employment and usual avocations.

8. The Plaintiff was otherwise injured and damaged.

9. No conduct on the part of the Plaintiff contributed to the accident or to the injuries sustained by her.

**WHEREFORE**, the Plaintiff, Ronald Shamley, demands judgment against the Defendants, McDonalds Corporation and International Golden Food, LLC, jointly and severally, in an amount in excess of $75,000.00, plus interest and cost of this action.

/s/ Paul N. Rouhana
Paul N. Rouhana (CPF No.: 0212190106)
Seigel & Rouhana, LLC
501 Fairmount Avenue, Suite 100
Towson, Maryland 21286
Direct Phone: 443-470-1006
Main Number: 443-470-1015
Facsimile: 443-470-1036
E-mail: prouhana@srlegalgroup.com
*Counsel for Plaintiff*

|  |  |  |
|---|---|---|
| Ronald Shamley, | * | IN THE |
| 4007 Beachcraft Court | | |
| Temple Hills, Maryland 20748 | * | CIRCUIT COURT |
| Plaintiff | * | FOR |
| v. | * | Prince George's County |
| McDonalds Corporation, | * | |
| 8301 Baltimore Avenue | | |
| College Park, Maryland 20740 | * | Case No.:CAL20-18356 |
| and | * | |
| International Golden Foods ~~Food~~, LLC, | * | |
| 8996 Fern Park Drive | | |
| Burke, Virginia 22015 | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDED COMPLAINT

Plaintiff, Ronald Shamley, by and through his attorneys, Seigel and Rouhana, LLC and Paul N. Rouhana, files this **amended complaint** against the Defendants, McDonalds Corporation and International Golden ~~Food~~ **Foods**, LLC, for that:

1. On or about January 28, 2018, the Plaintiff, Ronald Shamley, was lawfully operating ~~her~~ **his** motor vehicle on the premises of McDonalds Corporation at 8301 Baltimore Avenue, College Parke, State of Maryland.

2. On that date and at that location, the Plaintiff, was arriving at the location to purchase breakfast **and** when traveling through the parking lot he drove into an unmarked pothole.

3. As a direct and proximate result of the poor conditions of the parking lot and driving area on the property of the Defendant, as aforesaid, the Plaintiff was caused to suffer and sustain serious, painful, and permanent injury about ~~the~~ **his** thoracic muscles.

4. The Plaintiff was rendered sick, sore, and disabled.

5. The Plaintiff has incurred and will incur hospital, medical, and other expenses.

6. The Plaintiff has and will suffer physical and emotional pain and suffering.

7. The Plaintiff has lost and will lose time from ~~her~~ **his** gainful employment and usual avocations.

8. The Plaintiff was otherwise injured and damaged.

9. No conduct on the part of the Plaintiff contributed to the accident or to the injuries sustained by ~~her~~ **him**.

**WHEREFORE**, the Plaintiff, Ronald Shamley, demands judgment against the Defendants, McDonalds Corporation and International Golden ~~Food~~ **Foods**, LLC, jointly and severally, in an amount in excess of $75,000.00, plus interest and cost of this action.

/s/ Paul N. Rouhana
Paul N. Rouhana (CPF No.: 0212190106)
Seigel & Rouhana, LLC
501 Fairmount Avenue, Suite 100
Towson, Maryland 21286
Direct Phone: 443-470-1006
Main Number: 443-470-1015
Facsimile: 443-470-1036
E-mail: prouhana@srlegalgroup.com
*Counsel for Plaintiff*